STEVEN A. ELLIS (SBN 171742)
*sellis@goodwinprocter.com*
SETH M. GOLDSTEIN (SBN 232071)
*sgoldstein@goodwinprocter.com*
**GOODWIN PROCTER LLP**
601 S Figueroa St., 41st Floor
Los Angeles, California  90017
Tel.:  213.426.2500
Fax:  213.623.1673

ALISON M. NORRIS (SBN 248711)
*anorris@goodwinprocter.com*
**GOODWIN PROCTER LLP**
4365 Executive Drive, 3rd Floor
San Diego, CA 92121
Tel. 858.202.2700
Fax 858.457.1255

Attorneys for Defendants:
*Bank of America, N.A.; Mortgage Electronic Registration Systems, Inc.* (erroneously sued as Mortgage Electronic Registration Systems); and *HSBC Bank USA, N.A.* (erroneously sued as HSBC Bank USA)

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| JORGE I. CAMAS, an individual, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA, NATIONAL ASSOCIATION, a corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, a corporation; TINA SEVILLANO, an individual; RECONTRUST COMPANY, NATIONAL ASSOCIATION, a corporation; HSBC Bank USA, a corporation; GF MORTGAGE, a corporation, and DOES 1 though 50, inclusive, <br><br> Defendants. | Case No. 2:11-cv-10220-CAS-PLA <br><br> **ORDER OF DISMISSAL** <br><br> Courtroom: 5 (Spring St.) <br> Judge:      Hon. Christina A. Snyder |

LIBW/1815341.1

# ORDER

On January 23, 2012, this Court entered an Order granting the Motion to Dismiss of Defendants Bank of America, N.A.; Mortgage Electronic Registration Systems, Inc.; and HSBC Bank USA, N.A. (collectively, "Defendants") in its entirety. *See* ECF No. 9.  The Court allowed Plaintiff Jorge I. Camas ("Plaintiff") twenty (20) days leave to amend his complaint, stating that "[f]ailure to file an amended complaint within the time allotted may result in a dismissal of this action." *Id.* Pursuant to the Court's Order of January 23, 2012, Plaintiff had until February 13, 2012 to file an amended complaint, but he has not done so.  Therefore:

IT IS HEREBY ORDERED that Plaintiffs' Complaint is DISMISSED WITH PREJUDICE in its entirety as to all Defendants.

**IT IS SO ORDERED.**

Dated:  February 28, 2012

_____
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE